1
2
3
4
5
6
# UNITED STATES DISTRICT COURT

7
### EASTERN DISTRICT OF CALIFORNIA

8  GEORGE TIMBRELL,                    )        Case No.  1:08-cv-01540 OWW TAG
                                       )
9               Plaintiff,             )
                                       )        **ORDER OF REFERENCE TO**
10         vs.                         )        **MAGISTRATE JUDGE**
                                       )
11  COMMISSIONER OF SOCIAL             )
    SECURITY,                          )
12                                     )
                Defendant.             )
13  _____   )

14        The parties to this action have filed Consents to Jurisdiction of United States Magistrate

15  Judge.  Thus, on the basis of good cause, this action is referred to United States Magistrate Judge

16  Theresa A. Goldner for all further proceedings and entry of judgment in accordance with 28 U.S. C.

17  § 636 (c)  and Fed. R. Civ. P. 73(c).  The new case number shall be 1:08-cv-01540 TAG.  All further

18  documents filed in this action shall bear the new case number.

19        IT IS SO ORDERED.

20  **Dated:   October 30, 2008**              _____**/s/ Oliver W. Wanger**_____
                                               UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28

1