1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JACQUELINE A. FORSLUND
5  Special Assistant United States Attorney
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone:  (415) 977-8932
7       Facsimile:  (415) 744-0134
8       E-Mail: Jacqueline.A.Forslund@ssa.gov

9  Attorneys for Defendant

10                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
11                        FRESNO DIVISION

12
   GEORGE TIMBRELL,            )     Case No. 1:08-CV-01540-DLB
13         Plaintiff,          )
                               )
14  v.                         )     STIPULATION AND ORDER FOR
    MICHAEL J. ASTRUE,         )     REMAND PURSUANT TO SENTENCE FOUR OF
15  Commissioner of Social Security,  )   42 U.S.C. § 405(g), AND REQUEST FOR ENTRY
         Defendant.            )     OF JUDGMENT IN FAVOR OF PLAINTIFF AND
16  _____  )  AGAINST DEFENDANT

17
18        IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel of record, that this action be remanded to the Commissioner of Social Security for further

20  administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C.

    § 405(g), sentence four.

21        On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take

22  the following action:

23        The ALJ will be directed to update the medical record with existing evidence from treating

24  sources, clarify the severity of Plaintiff's physical and mental impairments, especially with regard

25  to his chronic low back pain and deep venous thrombosis, to include medical source statements;

26  to re-evaluate the medical evidence of record; to re-evaluate Plaintiff's credibility; to re-evaluate

27  Plaintiff's mental impairment; to re-evaluate Plaintiff's residual functional capacity; to determine

28  Plaintiff's literacy by making specific findings; and to obtain supplemental vocational expert

                                           1

1  testimony.

2       The parties further request that the Clerk of the Court be directed to enter a final judgment

3  in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final

4  decision of the Commissioner.

5

6                                               Respectfully submitted,

7

8  Dated: September 1, 2009                     *s/ Laura Krank*
                                                (As authorized by telephone)
9                                               LAURA KRANK
                                                Attorney for Plaintiff
10

11
   Date: September 1, 2009                      LAWRENCE G. BROWN
12                                              United States Attorney

13
                                                By *s/ Jacqueline A. Forslund*
14                                              JACQUELINE A. FORSLUND
                                                Special Assistant U. S. Attorney
15

16                                              Attorneys for Defendant

17

18
        IT IS SO ORDERED.
19

20     Dated:   **September 1, 2009**              **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

2